### 62871. HAMMACK v. TAYLOR et al.

Banke, Judge.

The judgment is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Deen, P. J., and Carley, J., concur.*

Decided October 28, 1981.

*Charles C. Carter,* for appellant.

*Wayne Spence,* for appellees.